**TUNICA–BILOXI TRIBE, petitioner, v. UNITED STATES. No. 91–242.**

Supreme Court of the United States.

Oct. 7, 1991. Denied.